IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    No.: 04-20264-D

FRANK SEA,

    Defendant.

## MOTION FOR CONTINUANCE

COMES NOW the Defendant, FRANK SEA, by and through his attorney of record, William C. Gosnell, who asserts that the Defendant is hereby requesting that the sentencing hearing currently set for May 3, 2005, be continued. The grounds for this motion is that the Defendant, Frank Sea, is currently taking medication for psychological problems. Medical records have been requested. There are unresolved psychological issues.

Respectfully submitted,

William C. Gosnell #4369
Attorney for Defendant
245 Exchange
Memphis, Tennessee 38105

## CERTIFICATE OF SERVICE

I, William C. Gosnell,. do hereby certify that a true and correct copy of the foregoing Motion for Continuance has been mailed via U.S. Postage, postage prepaid to David Pritchard, U.S. Attorney's Office, 167 N. Main Street, Suite 800, Memphis, Tennessee 38103 on this the 2nd, day of May, 2005.

William C. Gosnell

**MOTION GRANTED**
DATE: May 4, 2005

Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-5-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CR-20264 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT