FILED BY _____ D.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

05 JUN -2 PH 4: 57

ROBERT R. DI TROLIO
CLERK U.S. DIST. CT.
WD OF TN MEMPHIS

FILED _____ D.C.

05 MAY 31 PM 3: 28

Robert R. Di Trolio
CLERK U.S. DIST CT
WD OF TN MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Cr. No. **04-20264 D** |
| | ) | |
| VS. | ) | |
| | ) | |
| FRANK SEA, | ) | |
| | ) | |
| Defendant. | ) | |

---

## SECOND MOTION FOR CONTINUANCE

---

COMES NOW, FRANK SEA, by and through William C. Gosnell, Attorney of Record, and request that the court date set for June 2, 2005 be continued for thirty (30) days.

The grounds for this motion is that the Defendant is currently being treated by Dr. Mizelle at the Midtown Mental Health Center. The Defendant has started two (2) new types of psychological medication and would ask this Court for this time to stabilize.

RESPECTFULLY SUBMITTED,

WILLIAM C. GOSNELL - #4369
Attorney At Law
245 Exchange Ave.
Memphis, Tennessee 38105
(901) 521-1455

**MOTION GRANTED**
DATE: June 1, 2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, William C. Gosnell, do hereby certify that a true and correct copy of the foregoing Motion has been delivered by U.S. Mail, postage prepaid, to the U.S. Attorney's Office on this the __31st__ day of __May__, 2005.

William C. Gosnell

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CR-20264 was distributed by fax, mail, or direct printing on June 3, 2005 to the parties listed.

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT