FILED BY _CAS_ D.C.

2005 JUL -1 PM 1:14

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                    No.: 04-20264-D

FRANK SEA,

    Defendant.

## THIRD MOTION FOR CONTINUANCE

    COMES NOW the Defendant, FRANK SEA, by and through his attorney of record, William C. Gosnell, who asserts that the Defendant is hereby requesting that the sentencing hearing currently set for July 5, 2005, be continued. The grounds for this motion is that the Defendant, Frank Sea, is currently being treated by Dr. Mizelle at the Midtown Mental Health Center. The Defendant has now been described (3) three new psychological medicines and would ask this Court for a continuance to treat his mental condition.

Respectfully submitted,

William C. Gosnell #4369
Attorney for Defendant
245 Exchange
Memphis, Tennessee 38105

**MOTION GRANTED**
DATE: 7-06-2005

BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I, William C. Gosnell,. do hereby certify that a true and correct copy of the foregoing has been mailed via U.S. Postage, postage prepaid to David Pritchard, U.S. Attorney's Office, 167 N. Main Street, Suite 800, Memphis, Tennessee 38103 on this the ____ day of July, 2005.

William C. Gosnell

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-8-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 41 in case 2:04-CR-20264 was distributed by fax, mail, or direct printing on July 8, 2005 to the parties listed.

---

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT