IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

2005 AUG 12 PM 2: 22

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Cr. No. **04-20264 D** |
| VS. | ) | |
| FRANK SEA, | ) | |
| Defendant. | ) | |

05 AUG 17 AM 10:23
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
FILED BY _____ D.C.

### THIRD MOTION FOR CONTINUANCE

COMES NOW, FRANK SEA, by and through William C. Gosnell, Attorney At Law, and request that the court date set for August 15, 2005 be continued for thirty (30) days. The grounds for this motion is that the Defendant'S Attorney is requesting a continuance to attend a funeral of a close personel friend.

RESPECTFULLY SUBMITTED,

**MOTION GRANTED**
DATE 8/15/2005
_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

_____
WILLIAM C. GOSNELL - # 4369
Attorney At Law
245 Exchange Ave.
Memphis, Tennessee 38105
(901) 521-1455

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 8-18-05

(45)

## CERTIFICATE OF SERVICE

I, William C. Gosnell, do hereby certify that a true and correct copy of the foregoing Motion has been delivered by U.S. Mail, postage prepaid, to the U.S. Attorney's Office on this the __12th__ day of __August__, 2005.

_____
William C. Gosnell

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:04-CR-20264 was distributed by fax, mail, or direct printing on August 18, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT