FILED BY _____cas_____ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

2005 SEP 19  PM 1:43

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.   No.: 04-20264-D

FRANK SEA,

    Defendant.

05 SEP 20  PM 3:09
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS
FILED BY _____ D.C.

## FOURTH MOTION FOR CONTINUANCE

COMES NOW the Defendant, FRANK SEA, by and through his attorney of record, William C. Gosnell, who asserts that the Defendant is hereby requesting that the sentencing hearing currently set for September 20, 2005, be continued. The grounds for this motion is that counsel, William C. Gosnell, will be unavailable due to a trial in Division 9 of Criminal Court; docket no. 03-08405,6, which began today, September 19, 2005, and will continue for the entire week.

**MOTION GRANTED**
DATE: 9-19-2005
_____
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

_____
William C. Gosnell #4369
Attorney for Defendant
245 Exchange
Memphis, Tennessee 38105

## CERTIFICATE OF SERVICE

I, William C. Gosnell, do hereby certify that a true and correct copy of the foregoing has been mailed via U.S. Postage, postage prepaid to David Pritchard, U.S. Attorney's Office, 167 N. Main Street, Suite 800, Memphis, Tennessee 38103 on this the 19 day of September, 2005.

_____
William C. Gosnell

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 9/21/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 48 in case 2:04-CR-20264 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Honorable Bernice Donald
US DISTRICT COURT